1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT
         WESTERN DISTRICT OF WASHINGTON
9                   AT TACOMA

10

SEAN MCFARLEN,

11                          Plaintiff,        CASE NO. C11-5705-BHS-JRC

12        v.                                  ORDER GRANTING
                                              PLAINTIFF'S MOTION TO
13                                            AMEND

STATE OF WASHINGTON, et al.,
14
                            Defendants.
15

16

17        This matter has been referred to the undersigned Magistrate Judge pursuant

18  to 28 U.S.C. §§ 636(b)(1)(A) and (B) and Local Magistrate Judge Rules MJR 1,

19  MJR 3, and MJR 4. This is a tort action that was filed in Washington State

20  Superior Court. Plaintiff named the state as a defendant, as required by the

21  Washington State Tort Claims Act. See RCW 4.92 et seq.

22
          In paragraph 5.3 of the complaint, plaintiff asserts that the defendants owe
23
    him a duty under the constitution and cited to a federal case and the Civil Rights
24

Act, 42 U.S.C. §1983. Based on this paragraph, defendant removed the action to federal court.

Plaintiff has filed a motion to amend the complaint to remove this paragraph and the federal claim (ECF No. 10).  He has also filed a motion to remand the action to state court (ECF No. 7). The motion to amend the complaint is within the authority of this Court and is GRANTED. The motion to remand is considered dispositive and, therefore, will be addressed in a separate Report and Recommendation for further disposition by the District Court.

Dated this 3rd day of November, 2011.


J. Richard Creatura
United States Magistrate Judge