1
2
3
4
5
6       UNITED STATES DISTRICT COURT
        WESTERN DISTRICT OF WASHINGTON
7                 AT TACOMA

8    SEAN MCFARLEN,

9              Plaintiff,                    Case No. C11-5705BHS

10        v.                                 ORDER ADOPTING REPORT
                                             AND RECOMMENDATION
11   STATE OF WASHINGTON, et al.,

12             Defendants

13

14        This matter comes before the Court on the Report and Recommendation ("R&R") of

15   the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 13).

16        On November 3, 2011, Judge Creatura issued the R&R recommending that the action

17   be remanded to state court because the only federal claim in the complaint has been

18   voluntarily removed by Plaintiff Sean McFarlen.  Dkt. 13.

19        The Court has considered the R&R and the remaining record, and no objections to the

20   R&R having been filed, does hereby find and order as follows:

21        (1)     The R&R is **ADOPTED**; and

22        (2)     This action is **REMANDED**.

23        DATED this 30th day of November, 2011.

24

25
                                        _____
26                                      BENJAMIN H. SETTLE
                                        United States District Judge
27

28   ORDER