UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

SEAN MCFARLEN,

  Plaintiff,

  v.

STATE OF WASHINGTON, et al.,

  Defendants

Case No. C11-5705BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable J. Richard Creatura, United States Magistrate Judge (Dkt. 13).

On November 3, 2011, Judge Creatura issued the R&R recommending that the action be remanded to state court because the only federal claim in the complaint has been voluntarily removed by Plaintiff Sean McFarlen. Dkt. 13.

The Court has considered the R&R and the remaining record, and no objections to the R&R having been filed, does hereby find and order as follows:

(1) The R&R is **ADOPTED**; and

(2) This action is **REMANDED**.

DATED this 30th day of November, 2011.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER