# United States District Court

WESTERN DISTRICT OF WASHINGTON

SEAN McFARLEN

v.

STATE OF WASHINGTON, et al.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: C11-5705BHS

___ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

THE COURT HAS ORDERED THAT

The R&R is **ADOPTED;** and

This action is **REMANDED**.

| | |
|---|---|
| December 1, 2011 | WILLIAM M. McCOOL |
| Date | Clerk |
| | *s/CM Gonzalez* |
| | Deputy Clerk |